**John LUHON I, a/k/a Alvon Allen Thomas, Petitioner–Appellant,**

v.

**John ASHCROFT, Attorney General, Respondent–Appellee.**

No. 02–6217.

United States Court of Appeals, Fourth Circuit.

Submitted June 20, 2002.

Decided June 26, 2002.

John Luhon I, Appellant Pro Se.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

John Luhon I appeals from the district court's order dismissing without prejudice his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny I's motion for leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. *See Luhon I v. Ashcroft,* No. CA–02–7 (E.D. Va. filed Jan. 14, 2002; entered Jan. 15, 2002). We have previously granted I's motion to amend the caption to reflect his name change for purposes of this appeal. I has now filed a motion to compel the Bureau of Prisons to change his name from Alvon Allen Thomas to John Luhon I. We deny this motion without prejudice to his right to move the district court to compel recognition of his name change. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*